JS-6

1 Corey F. Schechter, Bar No. 279964
cschechter@bsllp.com
2 Marc S. Schechter, Bar No. 116190
mschechter@bsllp.com
3 BUTTERFIELD SCHECHTER LLP
10021 Willow Creek Road, Suite 200
4 San Diego, California 92131-1603
(858)444-2300/FAX (858)444-2345
5

6 Attorneys for Plaintiff ADUAH ROBERTS

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADUAH ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY; GROUP ANNUITY CONTRACT GA-300 ISSUED BY THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; ADMINISTRATIVE COMMITTEE FOR GROUP ANNUITY CONTRACT GA-300 ISSUED BY THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; DEFINED BENEFIT PARTICIPANT RELATIONS FOR THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. CV15-06912 PA (JEMx)<br><br>**[Assigned for All Purposes To Hon. Percy Anderson, Department 15]**<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER THEREOF<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii)<br><br>Complaint filed: September 3, 2015<br>Trial Date: July 19, 2016 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff ADUAH ROBERTS and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, through their undersigned attorneys, stipulate that the above-referenced case be dismissed without prejudice, with each party to bear its own attorney's fees and costs.

Dated:  March 16, 2016          BUTTERFIELD SCHECHTER LLP


                                /s/ Corey F. Schechter
                                COREY F. SCHECHTER
                                MARC S. SCHECHTER

                                Attorneys for Plaintiff
                                ADUAH ROBERTS

Dated:  March 16, 2016          SEYFARTH SHAW LLP


                                /s/ Megan Troy     (with permission)
                                MEGAN TROY

                                Attorneys for Defendant
                                THE   PRUDENTIAL   INSURANCE
                                COMPANY OF AMERICA

**IT IS SO ORDERED.**

Dated:  March 16, 2016          _____
                                THE HONORABLE PERCY ANDERSON
                                United States District Court
                                Central District of California

{00303108.DOC}